1  BENJAMIN B. WAGNER
   United States Attorney
2  MIA A. GIACOMAZZI
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:09-CR-00187-AWI |
|---|---|
12 | Plaintiff, | MOTION TO DISMISS INDICTMENT AND RECALL WARRANT; ORDER |
13 | | |
14 | EDUARDO ALVAREZ-HERNANDEZ, | |
15 | Defendant. | |

16

17     The United States of America ("the government"), by and through Benjamin B. Wagner, United

18 States Attorney and Mia A. Giacomazzi, Assistant United States Attorney, hereby moves this Court for

19 permission to dismiss without prejudice the indictment and recall the warrant in Case No.

20 1:09-CR-00187-AWI.

21     Good cause exists to dismiss without prejudice the indictment in the interest of justice, and

22 pursuant to Fed. R. Crim. P. 48(a), for the following reasons:  This action has remained pending without

23 activity for over five years.  Because of the long period of non-activity, this case is presumed to be no

24 longer viable.  Additionally, the gravity of the offense does not justify continued efforts to prosecute,

25 and the defendant was deported.  For these reasons, the government moves for dismissal of the

26 indictment and recall the warrant against the defendant.

27     ///

28     ///

1

| | |
|---|---|
| Dated: June 5, 2015. | BENJAMIN B. WAGNER<br>United States Attorney<br>/s/ Mia A. Giacomazzi<br>MIA A. GIACOMAZZI<br>Assistant United States Attorney |

## **ORDER**

On the basis of good cause, to serve the interest of justice, pursuant to the government's motion and Fed. R. Crim. P. 48(a), the indictment and warrant in Case Number 1:09-CR-00187-AWI shall be DISMISSED and RECALLED.  The clerk of court is directed to close this case.

IT IS SO ORDERED.

Dated:   June 5, 2015                              _____
                                                                      SENIOR  DISTRICT  JUDGE

2